CRIMINAL CAUSE FOR VIDEO CONFERENCE

**BEFORE JUDGE: BROWN, USDJ**　　　　　　　　　　　**DATE:** 11/6/2020
**DOCKET No. CR- 20-468**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 06 2020 ★

LONG ISLAND OFFICE

**DEFENDANT:** MARK HARRINGTON　　**DEF. #**
Present in custody

**DEFENSE COUNSEL:** SANFORD TALKIN
Retained

**A.U.S.A.:** Michael Bushwack
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: _Choose an item.
COURT REPORTER/FTR LOG: Dominick Tursi　　　　**MAGISTRATE DEPUTY:** KM

- ☐ Allocution
- ☒ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ Revocation of Supervised Release evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested　TYPE OF HEARING_____
- ☐ Revocation of Probation
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Bond hearing
- ☐ Plea Agreement Hearing

**Do these minutes contain ruling(s) on motion(s)?**　　☐ YES　　☐ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☐ Defendant is informed of his/her rights.
- ☐ Defendant's first appearance and arraigned.
- ☐ Defendant waives public reading.
- ☒ Defendant enters a plea of not guilty to the **Indictment.**
- ☒ Set status conference for **12/7/2020 at 10:30 am., by telephone (888-363-4734, access code 4132441)**
- ☒ Motion to exclude time through 12/7/2020. Motion granted, order entered on the record.
- ☐ Government moves for Choose an item., argument heard.
- ☐ Choose an item.:
    - ☐ Ruling:
        - ☐ Order setting conditions of bond executed.
        - ☐ Detention Order executed.
            - ☐ Permanent.
            - ☐ Temporary: Hearing set for Click or tap to enter a date.
- ☐ Defendant Choose an item.

☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER: CARES Act finding placed on the record.
☒ Defendant continued: ☒ in custody   ☐ on bond